**ENTER JS6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| WISHTOYO FOUNDATION/ VENTURA COASTKEEPER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PETE GEREN, et al.,[1]/<br><br>　　　　Defendants,<br><br>　　and<br><br>PARDEE HOMES,<br><br>　　　　Intervening Defendant. | Case No. 06-CV-0881-R-VBKx<br><br>[Proposed] FINAL JUDGMENT |

---

[1]/　　On July 16, 2007, Pete Geren became the Secretary of the Army, and is substituted for Francis J. Harvey.

1  _____ )

3    This action came before the Court on cross-motions for summary judgment. Based on the record before the Court and argument of counsel, the Court issued findings of fact, conclusions of law and an order DENYING Plaintiffs' motion for summary judgment and GRANTING the Federal Defendants' motion for summary judgment. No further claims remain before the Court.

  Accordingly, and good cause appearing, it is HEREBY ORDERED that FINAL JUDGMENT be entered, and that the Clerk close this case.

  **IT IS SO ORDERED.**

Dated: \_\_May 20, 2008\_\_     _____

                    MANUEL L. REAL

                    UNITED STATES DISTRICT JUDGE

Prepared by:

Mark A. Rigau

U.S. Dept. of Justice